UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LELAND ROBINSON,<br><br>                             Plaintiff,<br><br>-against-<br><br>PAUL E. DAVISON; KENNETH M. KARAS; MARCIA S. COHEN; PAO MEI FISHER; AUDREY STRAUSS; SOUTHERN DISTRICT OF NEW YORK; NEW CANAAN POLICE DEPARTMENT; CLERK OF COURT FOR NORWALK COUNTY COURT; FRANCIS L. O'REILLY; O'REILLY & SHAW LAW OFFICE,<br><br>                             Defendants. | 21-CV-7897 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 27, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B) (i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 27, 2021
            New York, New York

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                         Chief United States District Judge